1  JEFFER MANGELS BUTLER & MITCHELL LLP
   JOHN A. GRAHAM (Bar No. 71017), jag@jmbm.com
2  THOMAS M. GEHER (Bar No. 130588),
   tgeher@jmbm.com
3  1900 Avenue of the Stars, Seventh Floor
   Los Angeles, California 90067-4308
4  Telephone: (310) 203-8080
   Facsimile: (310) 203-0567
5
   Attorneys for Appellant Wells Fargo Bank, N.A.
6  successor by consolidation to Wells Fargo Bank
   Minnesota, National Association as Trustee for the
7  Registered Certificateholders of GMAC Commercial
   Mortgage Securities, Inc., Mortgage Pass-Through
8  Certificates, Series 2002-C1 acting by and through
   Berkadia Commercial Mortgage, Inc., its Special
9  Servicer

FILED
CLERK, U.S. DISTRICT COURT

DEC 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority _____
Send    _____
Enter   _____
Closed  _____
JS-5/JS-6 ___✓___
JS-2/JS-3 _____
Scan Only_____

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12  In re                        USDC CASE NO. CV 09-8329 SVW

13  MERUELO MADDUX PROPERTIES,   US BK CT. CASE NO. 1:09-bk-13356
    INC.,                        VK

14          Debtor.              CHAPTER 11

15                               [PROPOSED] ORDER APPROVING
16                               STIPULATION FOR DISMISSAL OF
                                 BANKRUPTCY APPEAL
17  WELLS FARGO BANK MINNESOTA,
    NATIONAL ASSOCIATION AS
18  TRUSTEE FOR THE REGISTERED
    CERTIFICATEHOLDERS OF GMAC    [NO HEARING REQUIRED]
19  COMMERCIAL MORTGAGE
    SECURITIES, INC., MORTGAGE
20  PASS-THROUGH CERTIFICATES,
    SERIES 2002-C1 ACTING BY AND
21  THROUGH BERKADIA
    COMMERCIAL MORTGAGE, INC.,
22  ITS SPECIAL SERVICER,

23          Appellant,

24      v.

25  MERUELO MADDUX PROPERTIES,
    INC.,
26
            Respondent.
27

28

PRINTED ON

RECYCLED PAPER
7463557v1

The Court having read and considered that "Stipulation for Dismissal of Bankruptcy Appeal" (the "Stipulation") and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved and granted and that the above captioned matter is hereby dismissed and that the parties shall each bear their own respective costs and fees.

Dated: 12/28/10

STEPHEN V. WILSON
UNITED STATES DISTRICT COURT
JUDGE

JMBM Jeffer Mangels Butler & Mitchell LLP

PRINTED ON RECYCLED PAPER